# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TG--2006 Holdings, LLC,<br>                    Plaintiff,<br><br>    v.<br><br>Notion Labs, Inc.,<br>                    Defendant. | C.A. No. 1:25-cv-00299-RGA<br><br>Patent Case<br><br>Jury Trial Demanded |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiff TG--2006 Holdings, LLC, ("Plaintiff") files this unopposed motion for an order extending the deadline for Defendant Notion Labs, Inc., ("Defendant") to respond to Plaintiff's Complaint for Patent Infringement by forty-five (45) days, until and including May 24, 2025. No party will thus be prejudiced by this extension. Accordingly, Plaintiff respectfully submits that good cause exists under Fed. R. Civ. P. 6(b)(1)(A) for the requested extension.

Dated: April 8, 2025

                                                      */s/ Antranig Garibian*_____
                                                      Antranig Garibian (DE Bar No. 4962)
                                                      Garibian Law Offices, P.C.
                                                      1523 Concord Pike, Suite 400
                                                      Wilmington, DE 19803
                                                      (302) 722-6885
                                                      ag@garibianlaw.com

                                                      Isaac Rabicoff
                                                      Rabicoff Law LLC
                                                      (Pro hac vice application forthcoming)
                                                      4311 N Ravenswood Ave Suite 315
                                                      Chicago, IL 60613
                                                      7736694590
                                                      isaac@rabilaw.com

2

SO ORDERED this ___ day of _____ 2025.

_____
UNITED STATES DISTRICT JUDGE
